IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RICHARD NEWBURGER** <br><br> *Plaintiff,* <br><br> v. <br><br> **THE CITY OF CLEVELAND**, *et al.* <br> *Defendants.* | Case No. 1:19-cv-01684-DAP <br><br> Judge Daniel Aaron Polster <br><br> Magistrate Judge William J. Baughman, Jr. |
| **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** ||

Plaintiff Richard Newburger and Defendants City of Cleveland, Calvin Williams, and Matthew France respectfully stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the Court should dismiss this action with prejudice. Each party shall bear their own attorneys' fees and costs. The Court may enter an order accordingly, notice by the Clerk being waived.

*/s/ Subodh Chandra*
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Brian Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff Richard Newburger*

*/s/ Stephen W. Funk*
Stephen W. Funk (OH Bar No. 0058506)
ROETZEL & ANDRESS, LPA
222 South Main St., Suite 400
Akron, OH 44308
330.376.2700 Phone
330.376.4577 Fax
sfunk@ralaw.com

*Attorneys for Defendants the City of Cleveland, Calvin Williams, and Matthew France*

It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
Sept. 27, 2019